UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  06/15/06

To :                                              ATTN: () CIVIL

**REDACTED**                                          () CRIMINAL

                                                  (XX) JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: 3:00-cv-00167 - HRH                    Appeal No:  05-35922

Short title: AK Const Leg Def Fund et al v Norton et al
                        Composition of Record

Clerk's Files in 5          volumes    (XX) original  () certified copy

       Bulky docs. 1       volumes, docket # 21, 45
                                (folders)

Reporter's  in _____ volumes    (xx) original   ()certified copy
Transcripts

Exhibits:   in _____ envelopes  () under seal

            in _____ boxes      () under seal

Other: Document 117 is electronic and available through PACER
(certified copy of ACMS and ECF dockters enclosed)
_(please note any documents filed under seal)


Acknowledgement:_____ Date:_____
"record.app" [11/21/97]