UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
OCT 30 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

| | |
|---|---|
| ALASKA CONSTITUTIONAL LEGAL DEFENSE CONSERVATION FUND, INC.; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>GALE . NORTON, Secretary of the Interior; et al.,<br><br>Defendants - Appellees,<br><br>ALASKA FEDERATION OF NATIVES,<br><br>Defendant-intervenor - Appellee. | No. 05-35922<br>D.C. No. CV-00-00167-A-HRH<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/22/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 23 2006

by
Deputy Clerk